11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Michael Shawn Payne

Appellant

Vs.                   No. 11-01-00100-CR B Appeal from Taylor County

State of Texas

Appellee

 

Appellant has filed in this court a pro se
motion to withdraw his appeal. 
Appellant states that he is eligible for parole, that this appeal is
limiting his educational and working privileges, and that he feels it is in his
best interest to withdraw his appeal. Appellants=s motion is handwritten and signed by appellant.   TEX.R.APP.P. 42.2.  We note that appellant=s court-appointed counsel has filed an Anders
brief.[1]

The motion is granted, and the appeal is
dismissed.  

 

PER CURIAM

 

August 15, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.











[1] Anders v. California, 386 U.S. 738 (1967).  See also 
Stafford v. State, 813 S.W.2d 503 (Tex.Cr.App.1991); High v. State, 573
S.W.2d 807 (Tex.Cr.App.1978); Currie v. State, 516 S.W.2d 684
(Tex.Cr.App.1974); and Gainous v. State, 436 S.W.2d 137 (Tex.Cr.App.1969).